IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **ACUITY,** a mutual insurance company**,** | ) | |
| | ) | **CONSOLIDATED CASES** |
| Plaintiff, | ) | |
| | ) | |
| **v.** | ) | **Case No. 15-9183-JTM** |
| | ) | |
| **AQUARIUM SYSTEMS, INC., MARINELAND, INC., UNITED PET GROUP, INC.** and **SPECTRUM BRANDS, INC.** | ) ) ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| | ) | |
| **JASON TOWNSEND,** an individual, and **SECURA INSURANCE,** a mutual company, | ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **Case No. 15-9216-JTM** |
| **v.** | ) | |
| | ) | |
| **AQUARIUM SYSTEMS, INC**., **MARINELAND, INC., UNITED PET GROUP, INC.,** and **SPECTRUM BRANDS, INC.**, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiffs JASON TOWNSEND and SECURA INSURANCE, by and through their undersigned attorney, hereby notifies the Court that the claims forming the basis of this civil action have been settled and compromised. Plaintiffs expect to file a stipulated motion to dismiss the case with prejudice within thirty (30) days following the date of this notice.

/s/ Mark A. Ferguson
Mark A. Ferguson, #14843
GATES, SHIELDS & FERGUSON, P.A.
10990 Quivira, Suite 200
Overland Park, Kansas  66210
Telephone: (913) 661-0222
MarkFerguson@gsflegal.com

Cheri MacArthur, admitted *pro hac vice*
COZEN O'CONNOR
707 17th Street, Suite. 3100
Denver, Colorado  80202
Telephone: (720) 479-3900
cmacarthur@cozen.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2015, a true and correct copy of the above and foregoing was electronically filed with the Clerk using the CM/ECF system, which will notify electronically all attorneys of record.

/s/ Mark A. Ferguson
Mark A. Ferguson, Attorney for Plaintiffs

2

LEGAL\25227859\1 01425.0001.000/364078.000