IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ACUITY, A MUTUAL INSURANCE
COMPANY.

        Plaintiff,

vs.

AQUARIUM SYSTEMS, INC.,
MARINELAND, INC., UNITED PET
GROUP, INC. AND SPECTRUM
BRANDS, INC.,

        Defendants.

Case No. 15-9183-JTM

(Consolidated With 15-9216-JTM)

ORDER

Stipulated Joint Motion to Dismiss Complaint With Prejudice (Dkt. 32) and Stipulated

Motion to Dismiss Acuity's Complaint With Prejudice (Dkt. 33) are hereby granted.

IT IS THEREFORE ORDERED that this case is dismissed with prejudice with the

parties each paying their own attorney fees, court costs, and any other costs associated with their

claims.      IT IS SO ORDERED this 10th day of February, 2016.

                       s/ J. Thomas Marten
                      J. THOMAS MARTEN, JUDGE